The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | No. 2:17-cv-01573 JLR<br><br>STIPULATION AND [PROPOSED] ORDER RENOTING MOTION TO DISMISS AND EXTENDING REPLY DEADLINE BY TWO COURT DAYS |

STIP RE MTD REPLY
(No. 2:17-cv-01573 JLR)
Page i

Davis Wright Tremaine LLP
Law Offices
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-5502-0890v.1 0110505-000001

## **STIPULATION**

Plaintiff Ricardo Castillo ("Plaintiff") and Defendant United Rentals (North America), Inc. ("United Rentals") (collectively, the "Parties") through their respective counsel, stipulate as follows:

1. United Rentals filed its Motion to Dismiss (ECF 16) on Thursday December 21, 2017. United Rentals noted the motion for January 19, 2018, rather than January 12, 2018, to accommodate Plaintiff's counsels' holiday schedules.

2. Because of the Martin Luther King, Jr. holiday, Plaintiff's opposition was due on Tuesday January 16, 2018, rather than Monday January 15, 2018. United Rentals' reply currently is due Friday January 19, 2018. Lead counsel for United Rentals Sheehan Sullivan Weiss is traveling through that time.

3. The Parties have agreed to extend United Rentals' reply deadline by two court days to Tuesday January 23, 2018, given the extended original noting date, the Martin Luther King Jr. holiday, and to accommodate Ms. Sullivan Weiss' travel schedules.

4. The Parties also have agreed to re-note the motion for Friday January 26, 2018, pursuant to Local Rule. *See* LR 7(d)(2) (requiring all motions, except same-day motions, be noted on Fridays). However, the motion will be ready for consideration once United Rentals files its reply on January 23, 2018, and therefore, the reply extension will not materially delay the Court's decision on United Rentals' motion.

The parties therefore request that the Court enter the accompanying Proposed Order extending by two court days United Rentals' reply in support of its motion to dismiss.

IT IS SO STIPULATED.

[Signatures on following page]

STIP RE MTD REPLY
(No. 2:17-cv-01573 JLR)
Page 1

Davis Wright Tremaine LLP
Law Offices
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-5502-0890v.1 0110505-000001

Respectfully submitted this 18th day of January, 2018.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Erika L. Nusser<br>Beth E. Terrell, WSBA No.26759<br>Jennifer Rust Murray, WSBA No. 36983<br>Erika L. Nusser, WSBA No. 40854<br>Terrell Marshall Law Group PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: (206) 816-6603<br>Email: bterrell@terrellmarshall.com<br>         jmurray@terrellmarshall.com<br>         enussesr@terrellmarshall.com | By: /s/ Sheehan Sullivan Weiss<br>Sheehan Sullivan Weiss, WSBA No. 33189<br>Ryan C. Hess, WSBA No. 50738<br>Arthur A. Simpson, WSBA No. 44479<br>1201 Third Ave, Suite 2200<br>Seattle, WA 98101<br>Telephone: (206) 622-3150<br>Email: sheehansullivanweiss@dwt.com<br>         ryanhess@dwt.com<br>         arthursimpson@dwt.com<br><br>*Attorneys for Defendant* |

SCHNEIDER WALLACE COTTRELL
KONECY WOTKYNS, LLP

By: /s/ Carolyn Hunt Cottrell
Carolyn Hunt Cottrell, *Admitted Pro Hac Vice*
David C. Leimbach, *Admitted Pro Hac Vice*
Schneider Wallace Cottrell Konecky Wotkyns, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 4221-7100
Email: ccottrell@schneiderwallace.com
         dleimbach@schneiderwallace.com

*Attorneys for Plaintiff*

STIP RE MTD REPLY
(No. 2:17-cv-01573 JLR)
Page 2

Davis Wright Tremaine LLP
Law Offices
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-5502-0890v.1 0110505-000001

# [PROPOSED] ORDER

Pursuant to the accompanying stipulation, and for good cause shown, the Court GRANTS the stipulation.

United Rentals' reply in support of its Motion to Dismiss (ECF 16) is due January 23, 2018, and the motion is re-noted for Friday January 26, 2018.

Dated:   January 18, 2018.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIP RE MTD REPLY
(No. 2:17-cv-01573 JLR)
Page 3

Davis Wright Tremaine LLP
Law Offices
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-5502-0890v.1 0110505-000001

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 18th day of January, 2018.

/s/ Margaret C. Sinnott
Margaret C. Sinnott

STIP RE MTD REPLY
(No. 2:17-cv-01573 JLR)
Page 4

Davis Wright Tremaine LLP
Law Offices
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4847-5502-0890v.1 0110505-000001