The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | No. 2:17-cv-01573 JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE<br><br>*Noted for Hearing April 13, 2018* |



## STIPULATED MOTION

Plaintiff Ricardo Castillo and Defendant United Rentals (North America), Inc. ("United Rentals") (collectively, the "Parties") stipulate as follows through their respective counsel:

1. On January 29, 2018, the Court entered an initial Case Management Order setting various deadlines up to motion practice regarding class certification and decertification of any collective conditionally certified under the Fair Labor Standards Act ("FLSA"). ECF 27.

2. On March 26, 2018, the Court vacated that case schedule after granting in part and denying in part United Rentals' Motion to Dismiss. ECF 33. The Court also ordered the

STIPULATION AND [PROPOSED] ORDER - 1
4852-9345-0850v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Parties to submit a new proposed case schedule containing deadlines through class certification and FLSA collective decertification by April 13, 2018. *Id.*

3. The Parties accordingly propose the deadlines below. This schedule sets the discovery cutoff, and the class certification and FLSA collective decertification briefing, using the end of the opt-in period for any conditionally-certified FLSA collective because, until that opt-in period closes, the Parties will not know the composition of the collective.

a. Deadline for plaintiff to file his motion for conditional FLSA certification: July 16, 2018. The motion will be briefed under the LCR 7 schedule.

b. Deadline to complete discovery regarding class certification and collective decertification: 90 days after the end of the opt-in period for any conditionally-certified FLSA collective.

c. Deadline for plaintiff to file his class certification motion: 30 days after the discovery cutoff in 3(b), above. The class certification and FLSA decertification motion (if any) will be briefed on the following schedule:

   i. Deadline for United Rentals' opposition to class certification and United Rentals' motion to decertify any FLSA collective: 30 days after plaintiff's class certification motion.

   ii. Deadline for plaintiff's reply in support of class certification and plaintiff's opposition to United Rentals' motion to decertify any FLSA collective: 21 days after the deadline in 3(c)(i), above.

   iii. Deadline for United Rentals' reply in support of its motion to decertify any FLSA collective: 14 days after the deadline in 3(c)(ii), above.

4. Consistent with the Court's initial Case Management Order, the Court will set all other case deadlines after the Court issues its order on the motions for class certification and FLSA collective decertification.

The Parties respectfully request that the Court enter the accompanying Proposed Order confirming the schedule above.

STIPULATION AND ~~PROPOSED~~ ORDER - 2
4852-9345-0850v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  IT IS SO STIPULATED.

2  Respectfully submitted this 13th day of April, 2018.

4  TERRELL MARSHALL LAW GROUP PLLC        DAVIS WRIGHT TREMAINE LLP

6  By: /s/ Erika L. Nusser                By: /s/ Sheehan Sullivan Weiss
   Beth E. Terrell, WSBA No.26759            Sheehan Sullivan Weiss, WSBA No. 33189
7  Jennifer Rust Murray, WSBA No. 36983      Ryan C. Hess, WSBA No. 50738
   Erika L. Nusser, WSBA No. 40854           Arthur A. Simpson, WSBA No. 44479
8  Terrell Marshall Law Group PLLC           1201 Third Ave, Suite 2200
   936 North 34th Street, Suite 300          Seattle, WA 98101
9  Seattle, WA 98103                         Telephone: (206) 622-3150
   Telephone: (206) 816-6603                 Email: sheehansullivanweiss@dwt.com
10 Email: bterrell@terrellmarshall.com              ryanhess@dwt.com
          jmurray@terrellmarshall.com               arthursimpson@dwt.com
11        enussesr@terrellmarshall.com

12                                           *Attorneys for Defendant*
   SCHNEIDER WALLACE COTTRELL
13 KONECY WOTKYNS, LLP

14 By: /s/ Carolyn Hunt Cottrell
15 Carolyn Hunt Cottrell, *Admitted Pro Hac Vice*
   David C. Leimbach, *Admitted Pro Hac Vice*
16 Schneider Wallace Cottrell Konecky Wotkyns,
   LLP
17 2000 Powell Street, Suite 1400
   Emeryville, CA 94608
18 Phone: (415) 4221-7100
19 Email: ccottrell@schneiderwallace.com
          dleimbach@schneiderwallace.com

20
21 *Attorneys for Plaintiff*

STIPULATION AND ~~PROPOSED~~ ORDER - 3
4852-9345-0850v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# [PROPOSED] ORDER

Pursuant to the accompanying stipulation, and for good cause shown, the Court GRANTS the stipulation.

The Court according adopts the following case schedule. The Court will set all other case deadlines after the Court issues its order on the motions for class certification and FLSA collective decertification.

1. Deadline for plaintiff to file his motion for conditional FLSA certification: July 16, 2018. The motion will be briefed under the LCR 7 schedule.

2. Deadline to complete discovery regarding class certification and collective decertification: 90 days after the end of the opt-in period for any conditionally-certified FLSA collective.

3. Deadline for plaintiff to file his class certification motion: 30 days after the discovery cutoff in 2, above. The class certification and FLSA decertification motion (if any) will be briefed on the following schedule:

   a. Deadline for United Rentals' opposition to class certification and United Rentals' motion to decertify any FLSA collective: 30 days after plaintiff's class certification motion.

   b. Deadline for plaintiff's reply in support of class certification and plaintiff's opposition to United Rentals' motion to decertify any FLSA collective: 21 days after the deadline in 3(a), above.

   c. Deadline for United Rentals' reply in support of it motion to decertify any FLSA collective: 14 days after the deadline in 3(b), above.

IT IS SO ORDERED.

Dated: April 16, 2018.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER - 4
4852-9345-0850v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 13th day of April, 2018.

*/s/ Mendy Graves*
Mendy Graves

STIPULATION AND PROPOSED ORDER - 5
4852-9345-0850v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax