# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, | CASE NO. C17-1573JLR |
| Plaintiff, | MINUTE ORDER SETTING HEARING |
| v. | |
| UNITED RENTALS (NORTH AMERICA), INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties have raised several discovery issues with the court.[1] The court ORDERS parties to file statements of no more than three (3) pages explaining the nature of the discovery disputes and specifically describing the issues the parties seek to take up.

---

[1] Plaintiff Ricardo Castillo filed a motion for a protective order that has now been withdrawn. (*See* Mot. (Dkt. # 39); Not. of Withdrawal (Dkt. # 40).)

MINUTE ORDER - 1

1 | The parties must file their statements no later than Thursday, May 31, 2018 at 5:00 p.m.

2 | The court also SCHEDULES an in-person hearing regarding the disputes on Monday,

3 | June 4, 2018, at 2:00 p.m.

4 |     Filed and entered this 23rd day of May, 2018.

                        WILLIAM M. MCCOOL
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk

MINUTE ORDER - 2