# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:17−cv−01573−JLR

Powell v. United Rentals (North America), Inc.
Assigned to: Judge James L. Robart
Cause: 29:201 Fair Labor Standards Act

Date Filed: 10/23/2017
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Ricardo Castillo**
*individually and on behalf of all others similarly situated*
*TERMINATED: 07/17/2018*

represented by **Carolyn Hunt Cottrell**
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
2000 POWELL STREET
STE 1400
EMERYVILLE, CA 94608
415−421−7100
Email: ccottrell@schneiderwallace.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C. Leimbach**
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
2000 POWELL STREET
STE 1400
EMERYVILLE, CA 94608
415−421−7100
Email: dleimbach@schneiderwallace.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erika L. Nusser**
TERRELL MARSHALL LAW GROUP PLLC
936 NORTH 34TH STREET
STE 300
SEATTLE, WA 98103−8869
206−816−6603
Fax: 206−319−5450
Email: enusser@terrellmarshall.com
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
TERRELL MARSHALL LAW GROUP PLLC
936 NORTH 34TH STREET
STE 300
SEATTLE, WA 98103−8869
206−816−6603
Fax: 206−319−5450
Email: jmurray@terrellmarshall.com

*ATTORNEY TO BE NOTICED*

**Beth E Terrell**
TERRELL MARSHALL LAW GROUP PLLC
936 NORTH 34TH STREET
STE 300
SEATTLE, WA 98103–8869
206–816–6603
Fax: 206–319–5450
Email: bterrell@terrellmarshall.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sean Powell**<br>*individually and on behalf of all others similarly situated,* | represented by | **Beth E Terrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David C. Leimbach**
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 POWELL STREET
STE 1400
EMERYVILLE, CA 94608
415–421–7100
Fax: 415–421–7105
Email: dleimbach@schneiderwallace.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erika L. Nusser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn Hunt Cottrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **United Rentals (North America), Inc.** | represented by | **Arthur A. Simpson**<br>DAVIS WRIGHT TREMAINE (SEA)<br>920 FIFTH AVE<br>STE 3300<br>SEATTLE, WA 98104–1610 |

    206−622−3790
    Fax: 206−757−7700
    Email: arthursimpson@dwt.com
    *ATTORNEY TO BE NOTICED*

**Ryan Coby Hess**
DAVIS WRIGHT TREMAINE (SEA)
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104−1610
206−622−3150
Fax: 206−757−7700
Email: ryanhess@dwt.com
*ATTORNEY TO BE NOTICED*

**Sheehan H Sullivan**
DAVIS WRIGHT TREMAINE (SEA)
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104−1610
206−622−3150
Fax: 206−757−7700
Email: sulls@dwt.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2017 | Ï 1 | COMPLAINT *Class and Collective Action Complaint* against defendant United Rentals (North America), Inc. with JURY DEMAND (Receipt # 0981−5063022), filed by Ricardo Castillo. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Terrell, Beth) Modified on 10/24/2017 (CMG). (Entered: 10/23/2017) |
| 10/24/2017 | Ï 2 | Summons Electronically Issued as to defendant United Rentals (North America), Inc. (CMG) (Entered: 10/24/2017) |
| 10/24/2017 | Ï | **NOTICE TO FILER**– The incorrect divisional office was selected upon case opening (C17−5854). This case is now assigned a Seattle case number and judge. All future documents shall bear the following: 17−cv−1573JLR. (CMG) (Entered: 10/24/2017) |
| 10/25/2017 | Ï 3 | APPLICATION OF ATTORNEY Carolyn Hunt Cottrell FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Ricardo Castillo (Fee Paid) Receipt No. 0981−5065740 (Terrell, Beth) (Entered: 10/25/2017) |
| 10/25/2017 | Ï 4 | APPLICATION OF ATTORNEY David C. Leimbach FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Ricardo Castillo (Fee Paid) Receipt No. 0981−5065751 (Terrell, Beth) (Entered: 10/25/2017) |
| 10/25/2017 | Ï 5 | ORDER re 3 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Carolyn Hunt Cottrell for Plaintiff Ricardo Castillo, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 10/25/2017) |

| | | |
|---|---|---|
| 10/25/2017 | Ï 6 | ORDER re 4 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney David C. Leimbach for Plaintiff Ricardo Castillo, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 10/25/2017) |
| 11/16/2017 | Ï 7 | NOTICE *of Filing of Consent to Join Collective Action* ; filed by Plaintiff Ricardo Castillo. (Attachments: # 1 Exhibit 1)(Cottrell, Carolyn) (Entered: 11/16/2017) |
| 12/06/2017 | Ï 8 | NOTICE of Appearance by attorney Sheehan H Sullivan Weiss on behalf of Defendant United Rentals (North America), Inc.. (Sullivan Weiss, Sheehan) (Entered: 12/06/2017) |
| 12/06/2017 | Ï 9 | CORPORATE DISCLOSURE STATEMENT Filed pursuant to Fed.R.Civ.P 7.1. Filed by United Rentals (North America), Inc. (Sullivan Weiss, Sheehan) (Entered: 12/06/2017) |
| 12/06/2017 | Ï 10 | NOTICE of Appearance by attorney Erika L. Nusser on behalf of Plaintiff Ricardo Castillo. (Nusser, Erika) (Entered: 12/06/2017) |
| 12/06/2017 | Ï 11 | NOTICE of Appearance by attorney Jennifer Rust Murray on behalf of Plaintiff Ricardo Castillo. (Murray, Jennifer) (Entered: 12/06/2017) |
| 12/06/2017 | Ï 12 | NOTICE of Appearance by attorney Arthur A. Simpson on behalf of Defendant United Rentals (North America), Inc.. (Simpson, Arthur) (Entered: 12/06/2017) |
| 12/06/2017 | Ï 13 | NOTICE of Appearance by attorney Ryan Coby Hess on behalf of Defendant United Rentals (North America), Inc.. (Hess, Ryan) (Entered: 12/06/2017) |
| 12/08/2017 | Ï 14 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT by Judge James L. Robart. Joint Status Report due by 1/12/2018, FRCP 26f Conference Deadline is 12/22/2017, Initial Disclosure Deadline is 1/5/2018. (AD) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 15 | SCHEDULING ORDER REGARDING CLASS/COLLECTIVE CERTIFICATION MOTION by Judge James L. Robart. Deadline to complete discovery on class/collective certification: March 23, 2018; Deadline for Plaintiffs to file motion for class/collective certification: April 23, 2018. (AD) (Entered: 12/08/2017) |
| 12/20/2017 | Ï 16 | MOTION to Dismiss , filed by Defendant United Rentals (North America), Inc.. (Attachments: # 1 Proposed Order) Noting Date 12/19/2017, (Sullivan Weiss, Sheehan) (Entered: 12/20/2017) |
| 12/21/2017 | Ï 17 | NOTICE that the following is RE−NOTED: 16 MOTION to Dismiss . Filed by Defendant United Rentals (North America), Inc.. Noting Date 1/19/2018, (Simpson, Arthur) (Entered: 12/21/2017) |
| 01/16/2018 | Ï 18 | JOINT STATUS REPORT signed by all parties (Simpson, Arthur) (Entered: 01/16/2018) |
| 01/16/2018 | Ï 19 | RESPONSE, by Plaintiff Ricardo Castillo, to 16 MOTION to Dismiss . (Terrell, Beth) (Entered: 01/16/2018) |
| 01/16/2018 | Ï 20 | DECLARATION of David C. Leimbach filed by Plaintiff Ricardo Castillo re 16 MOTION to Dismiss (Attachments: # 1 Exhibit A)(Terrell, Beth) (Entered: 01/16/2018) |
| 01/18/2018 | Ï 21 | Disregard this filing, filed in error per counsel. Filed correctly as 22 ~~STIPULATION AND PROPOSED ORDER~~ *~~Renoting Motion to Dismiss and Extending Reply Deadline by 2 Court Days~~* ~~by parties (Hess, Ryan)~~ Modified on 1/18/2018 (PS). (Entered: 01/18/2018) |
| 01/18/2018 | Ï 22 | NOTICE that the following is RE−NOTED: 16 MOTION to Dismiss . Filed by Defendant United Rentals (North America), Inc.. Noting Date 1/18/2018, (Hess, Ryan) (Entered: 01/18/2018) |

| 01/18/2018 | Ï | NOTICE of Docket Text Modification re 21 Stipulation : Disregard this filing, filed in error per counsel. Re−noted and filed correctly as 22 (PS) (Entered: 01/18/2018) |
|---|---|---|
| 01/18/2018 | Ï 23 | STIPULATION AND ORDER re−noting Defendant's 16 MOTION to Dismiss for 1/26/2018. Reply due 1/23/2018. Signed by Judge James L. Robart. (PM) (Entered: 01/18/2018) |
| 01/22/2018 | Ï 24 | AFFIDAVIT of Service of Summons and Complaint on United Rentals (North America), Inc., c/o Registered Agent on 11/15/2017, filed by Plaintiff Ricardo Castillo. (Nusser, Erika) (Entered: 01/22/2018) |
| 01/23/2018 | Ï 25 | REPLY, filed by Defendant United Rentals (North America), Inc., TO RESPONSE to 16 MOTION to Dismiss (Simpson, Arthur) (Entered: 01/23/2018) |
| 01/23/2018 | Ï 26 | DECLARATION of Arthur Simpson filed by Defendant United Rentals (North America), Inc. re 16 MOTION to Dismiss (Attachments: # 1 Exhibit, # 2 Exhibit)(Simpson, Arthur) (Entered: 01/23/2018) |
| 01/29/2018 | Ï 27 | ORDER directing Plaintiff's Richard Castillo's Motion for Conditional Certification to be filed by 4/23/2018; Class Certification Motion due 8/17/2018; United Rentals' opposition to motion for class, as well as United Rentals' motion for decertification due 9/17/2018; Plaintiff's reply to motion for class certification and opposition to motion for decertification due 10/8/2018; United Rentals' reply in support of motion to decertify due 10/22/2018. Signed by Judge James L. Robart. (PM) (Entered: 01/29/2018) |
| 03/13/2018 | Ï 28 | PROPOSED ORDER (Unsigned) *Stipulated Protective Order* (Sullivan Weiss, Sheehan) (Entered: 03/13/2018) |
| 03/15/2018 | Ï 29 | STIPULATED PROTECTIVE ORDER re parties' 28 Stipulation, by Judge James L. Robart. (SWT) (Entered: 03/15/2018) |
| 03/19/2018 | Ï 30 | ORDER granting in part and denying in part Defendant's 16 Motion to Dismiss Mr. Castillo's complaint. The court grants Mr. Castillo leave to amend within 15 days of this order. Signed by Judge James L. Robart. (PM) (Entered: 03/19/2018) |
| 03/23/2018 | Ï 31 | STIPULATION *TO MODIFY CASE MANAGEMENT ORDER* by parties (Leimbach, David) (Entered: 03/23/2018) |
| 03/26/2018 | Ï 32 | PROPOSED ORDER (Unsigned) re 31 Stipulation (Leimbach, David) (Entered: 03/26/2018) |
| 03/27/2018 | Ï 33 | STIPULATION AND ORDER vacating the 1/29/2018 27 Case Management Order. Parties to propose new case management dates regarding discovery, confidential certification, class certification, and decertification by 4/13/2018. Signed by Judge James L. Robart. (PM) (Entered: 03/27/2018) |
| 04/03/2018 | Ï 34 | AMENDED COMPLAINT against defendant(s) United Rentals (North America), Inc. with JURY DEMAND, filed by Ricardo Castillo.(Cottrell, Carolyn) (Entered: 04/03/2018) |
| 04/06/2018 | Ï 35 | NOTICE *Of Filing of Consent to Join Collective Action* ; filed by Plaintiff Ricardo Castillo. (Cottrell, Carolyn) (Entered: 04/06/2018) |
| 04/13/2018 | Ï 36 | Stipulated MOTION *and Proposed Order Regarding Case Schedule*, filed by Defendant United Rentals (North America), Inc.. Noting Date 4/13/2018, (Sullivan Weiss, Sheehan) (Entered: 04/13/2018) |
| 04/16/2018 | Ï 37 | STIPULATION AND ORDER re Case Schedule re parties' 36 Stipulated MOTION. Deadline for plaintiff to file his motion for conditional FLSA certification: July 16, 2018. Deadline to complete discovery regarding class certification and collective decertification: 90 days after the end of the opt−in period for any conditionally−certified FLSA collective. Deadline for plaintiff to file his |

| | | |
|---|---|---|
| | | class certification motion: 30 days after the discovery cutoff. Signed by Judge James L. Robart. (TH) (Entered: 04/16/2018) |
| 04/17/2018 | 38 | ANSWER to 34 Amended Complaint by United Rentals (North America), Inc..(Simpson, Arthur) (Entered: 04/17/2018) |
| 05/21/2018 | 39 | MOTION for Protective Order , filed by Plaintiff Ricardo Castillo. Oral Argument Requested. (Attachments: # 1 Exhibit Declaration of David C. Leimbach in Support of Plaintiff's Motion for Protective Order, # 2 Exhibit Exhibit A to Declaration of David C. Leimbach, # 3 Proposed Order Proposed Order Granting Plaintiff's Motion for Protective Order) Noting Date 6/1/2018, (Leimbach, David) (Entered: 05/21/2018) |
| 05/22/2018 | 40 | NOTICE to Withdraw Pending Motion re 39 MOTION for Protective Order ; by Plaintiff Ricardo Castillo. (Leimbach, David) (Entered: 05/22/2018) |
| 05/23/2018 | 41 | MINUTE ORDER SETTING HEARING. Parties are ordered to file statements of no more than three (3) pages explaining nature of discovery disputes, no later than 5/31/2018 at 5:00 pm. **In−court Hearing set for 6/4/2018 at 02:00 PM** regarding the disputes. Authorized by Judge James L. Robart. (SWT) (Entered: 05/23/2018) |
| 05/31/2018 | 42 | Stipulated MOTION *re Striking In−Court Hearing*, filed by Defendant United Rentals (North America), Inc.. Noting Date 5/31/2018, (Simpson, Arthur) (Entered: 05/31/2018) |
| 06/01/2018 | 43 | ORDER re: 42 Stipulated Motion Striking In−Court Hearing. The Court STRIKES the June 4, 2018 hearing from the Court's docket. Signed by Judge James L. Robart. (PM) (Entered: 06/01/2018) |
| 06/19/2018 | 44 | MOTION for Leave to File *Second Amended Complaint*, filed by Plaintiff Ricardo Castillo. (Attachments: # 1 Declaration of David Leimbach, # 2 Exhibit 1 to Declaration of David Leimbach, # 3 Exhibit 2 to Declaration of David Leimbach, # 4 Declaration of Ricardo Castillo, # 5 Proposed Order) Noting Date 7/13/2018, (Leimbach, David) (Entered: 06/19/2018) |
| 06/29/2018 | 45 | Joint Stipulated MOTION *and [Proposed] Order Vacating Case Schedule*, filed by Defendant United Rentals (North America), Inc.. Noting Date 6/29/2018, (Sullivan Weiss, Sheehan) (Entered: 06/29/2018) |
| 06/29/2018 | 46 | ORDER granting 45 Stipulated Motion to Vacate Case Schedule. The Court accordingly vacates the case schedule previously set forth in the Court's April 16, 2018 Order. The Parties are hereby ORDERED to jointly confer regarding the propriety and terms of a revised case management schedule within 14 days of the Court's entry of an order upon Plaintiff's pending motion to amend his complaint. Signed by Judge James L. Robart. (PM) (Entered: 06/29/2018) |
| 07/09/2018 | 47 | RESPONSE, by Defendant United Rentals (North America), Inc., to 44 MOTION for Leave to File *Second Amended Complaint*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Simpson, Arthur) (Entered: 07/09/2018) |
| 07/09/2018 | 48 | DECLARATION of Arthur Simpson filed by Defendant United Rentals (North America), Inc. re 44 MOTION for Leave to File *Second Amended Complaint* (Attachments: # 1 Exhibit)(Simpson, Arthur) (Entered: 07/09/2018) |
| 07/09/2018 | 49 | DECLARATION of Beth Moss filed by Defendant United Rentals (North America), Inc. re 44 MOTION for Leave to File *Second Amended Complaint* (Simpson, Arthur) (Entered: 07/09/2018) |
| 07/13/2018 | 50 | REPLY, filed by Plaintiff Ricardo Castillo, TO RESPONSE to 44 MOTION for Leave to File *Second Amended Complaint* (Nusser, Erika) (Entered: 07/13/2018) |
| 07/13/2018 | 51 | Supplemental DECLARATION of David C. Leimbach filed by Plaintiff Ricardo Castillo re 44 MOTION for Leave to File *Second Amended Complaint* (Nusser, Erika) (Entered: 07/13/2018) |

| | | |
|---|---|---|
| 07/16/2018 | 52 | ORDER granting Plaintiff's 44 Motion for Leave to file a second amended complaint. Amended complaint due within seven (7) days of this order. Signed by Judge James L. Robart. (PM) (Entered: 07/16/2018) |
| 07/17/2018 | 53 | Second AMENDED COMPLAINT against defendant(s) United Rentals (North America), Inc. with JURY DEMAND, filed by Sean Powell.(Cottrell, Carolyn) (Entered: 07/17/2018) |
| 08/03/2018 | 54 | STIPULATION AND PROPOSED ORDER *FOR LEAVE TO FILE THIRD AMENDED COMPLAINT* by parties (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Leimbach, David) (Entered: 08/03/2018) |
| 08/06/2018 | 55 | STIPULATION AND ORDER granting 54 Stipulation for Plaintiff to file Third Amended Complaint. Defendant has 30 days to answer or otherwise respond. Signed by Judge James L. Robart. (PM) (Entered: 08/06/2018) |
| 08/06/2018 | 56 | THIRD AMENDED COMPLAINT against defendant United Rentals (North America), Inc. with JURY DEMAND, filed by Sean Powell. (PM) (Entered: 09/05/2018) |
| 09/05/2018 | 57 | ANSWER to 56 Amended Complaint *Third Amended Complaint* by United Rentals (North America), Inc..(Simpson, Arthur) (Entered: 09/05/2018) |
| 09/18/2018 | 58 | AMENDED ANSWER to *Plaintiff's Third Amended Complaint* 56 by United Rentals (North America), Inc.. (Sullivan Weiss, Sheehan) Modified on 9/19/2018 to add document link to third amended complaint (PM). (Entered: 09/18/2018) |
| 10/19/2018 | 59 | MINUTE ORDER directing parties to file a proposed amended case management schedule within 14 days of the date of this order. Authorized by Judge James L. Robart. (SWT) (Entered: 10/19/2018) |
| 11/02/2018 | 60 | Stipulated MOTION *and [Proposed] Case Management Order*, filed by Defendant United Rentals (North America), Inc.. Noting Date 11/2/2018, (Simpson, Arthur) (Entered: 11/02/2018) |
| 11/05/2018 | 61 | ORDER granting parties' 60 Stipulated Motion re Case Management Order, signed by Judge James L. Robart. (SWT) (Entered: 11/05/2018) |
| 11/06/2018 | 62 | MOTION to Compel *Arbitration and to Dismiss*, filed by Defendant United Rentals (North America), Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 12/7/2018, (Sullivan Weiss, Sheehan) (Entered: 11/06/2018) |
| 11/06/2018 | 63 | DECLARATION of Arthur Simpson filed by Defendant United Rentals (North America), Inc. re 62 MOTION to Compel *Arbitration and to Dismiss* (Sullivan Weiss, Sheehan) (Entered: 11/06/2018) |
| 11/06/2018 | 64 | DECLARATION of Michael Marzulla filed by Defendant United Rentals (North America), Inc. re 62 MOTION to Compel *Arbitration and to Dismiss* (Sullivan Weiss, Sheehan) (Entered: 11/06/2018) |
| 11/06/2018 | 65 | DECLARATION of Ronald Murphy filed by Defendant United Rentals (North America), Inc. re 62 MOTION to Compel *Arbitration and to Dismiss* (Sullivan Weiss, Sheehan) (Entered: 11/06/2018) |
| 12/03/2018 | 66 | RESPONSE, by Plaintiff Sean Powell, to 62 MOTION to Compel *Arbitration and to Dismiss*. Oral Argument Requested. (Attachments: # 1 Declaration of Sean Powell, # 2 Declaration of David C. Leimbach, # 3 Exhibit 1 to Declaration of David C. Leimbach)(Leimbach, David) (Entered: 12/03/2018) |
| 12/07/2018 | 67 | NOTICE of Change of Address/Change of Name of Attorney Arthur A. Simpson. Filed by Defendant United Rentals (North America), Inc.. (Simpson, Arthur) Modified Firm Address on |

| | | |
|---|---|---|
| | | 12/10/2018 (DS). (Entered: 12/07/2018) |
| 12/07/2018 | 68 | REPLY, filed by Defendant United Rentals (North America), Inc., TO RESPONSE to 62 MOTION to Compel *Arbitration and to Dismiss* (Simpson, Arthur) (Entered: 12/07/2018) |
| 03/01/2019 | 69 | ORDER scheduling Oral Argument on Defendant United Rentals (North America)'s 62 MOTION to Compel *Arbitration and to Dismiss* : **Motion Hearing set for 3/6/2019 at 11:00 AM**. Signed by Judge James L. Robart. (SWT) (Entered: 03/01/2019) |
| 03/06/2019 | 70 | MINUTE ENTRY for proceedings held before Judge James L. Robart – Dep Clerk: *Ashleigh Drecktrah*; Pla Counsel: *David Leimbach*; Def Counsel: *Sheehan Sullivan, Arthur Simpson*; CR: *Vernon & Assoc.*; **Motion Hearing** held on 3/6/2019. The court hears from counsel re: Defendant's Motion to Compel Arbitration and to Dismiss (Dkt. # 62 ). Plaintiff may file a response brief of no more than 5 pages to Defendant's forthcoming brief by close of business, Friday, 3/8/19. The court takes the matter under submission. (AD) (Entered: 03/06/2019) |
| 03/08/2019 | 71 | SURREPLY filed by Plaintiff Sean Powell re 62 MOTION to Compel *Arbitration and to Dismiss* (Leimbach, David) (Entered: 03/08/2019) |
| 03/08/2019 | 72 | *Hearing* BRIEF re 69 Order, Set/Reset Oral Argument on Motion by Defendant United Rentals (North America), Inc. (Sullivan, Sheehan) (Entered: 03/08/2019) |
| 03/11/2019 | 73 | PRAECIPE to 72 *Defendant's Hearing Brief re March 1 Order Scheduling Oral Arguments* by Defendant United Rentals (North America), Inc. (Hess, Ryan) Modified on 3/12/2019 to create docket entry relationship (SWT). (Entered: 03/11/2019) |
| 03/19/2019 | 74 | ORDER instructing United Rentals to file, no later than Friday, March 22, 2018, at 5:00 p.m., a second supplemental brief on the propriety of transfer to the District of Connecticut. Signed by Judge James L. Robart. (SWT) (Entered: 03/19/2019) |
| 03/22/2019 | 75 | RESPONSIVE BRIEF re 74 Order by Defendant United Rentals (North America), Inc.. (Simpson, Arthur) (Entered: 03/22/2019) |
| 04/03/2019 | 76 | ORDER declining to rule on defendant United Rentals' 62 Motion to Compel Arbitration; TRANSFERRING this action to the United States District Court for the District of Connecticut; denying plaintiff Sean Powell's motion stay the transfer order. Signed by Judge James L. Robart. Case will be sent to the U.S. District Court for the District of Connecticut by electronic transfer 15 days following the date of this filing. (SWT) (Entered: 04/03/2019) |